■ In the Matter of MICHAEL BELL, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent. [705 NYS2d 481] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Renewal.) Present—Green, A. P. J., Wisner, Pigott, Jr., Hurlbutt and Scudder, JJ.